IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-038 |
| | ) | |
| TYRONE BOBO JOHNSON | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (<u>See</u> doc. no. 28.) Therefore, a motions hearing in this case is not necessary, and all pending motions are **MOOT**. (Doc. nos. 16-24.)

SO ORDERED this 8th day of June, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA