UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:15-038 |
| | ) | |
| TYRONE BOBO JOHNSON | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jeffrey E. Johnston,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jeffrey E. Johnston** be granted leave of absence for the following period: **September 28, 2015 through October 8, 2015.**

This 2nd day of September, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia