# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-038 |
| | * | |
| TYRONE BOBO JOHNSON | * | |

## O R D E R

On October 13, 2015, Defendant Tyrone Bobo Johnson pled guilty to one count of possession with intent to distribute a controlled substance, a violation of 21 U.S.C. § 841. He was sentenced to serve 156 months imprisonment on January 12, 2016. The Eleventh Circuit Court of Appeals affirmed his conviction and sentence.

At present, Defendant filed a motion to reduce his sentence in light of the First Step Act. Defendant, however, does not state how he believes the provisions of the First Step Act could afford him any relief. Defendant also seeks the appointment of counsel.

Section 404 of the First Step Act is the only provision that applies retroactively to defendants who have already been sentenced. Section 404 allows for a reduction of sentence based on the revised *statutory* penalties of the Fair Sentencing Act of 2010, if such reduction was not previously granted. In other words, Section 404 of the First Step Act allows a court to reduce a previously imposed sentence "as if sections 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered

Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed." Because Defendant herein was ***actually*** sentenced with the provisions of the Fair Sentencing Act of 2010 in place, i.e., he was accorded any benefit thereunder at the time of sentencing in 2016, the First Step Act has no application here. Moreover, Defendant has no statutory or constitutional right to appointed counsel in this context. See United States v. Webb, 565 F.3d 789, 794 (11th Cir. 2009) ("The notion of a statutory or constitutional right to counsel for § 3582(c)(2) motions has been rejected by all of our sister circuits that have addressed the issue, and we agree with this consensus.").

Upon the foregoing, Defendant's motion for relief (doc. 63) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of August, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA